UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IASIA OWENS | § § § § | |
| Plaintiff | § § | Case No: |
| V. | § § § | 8:21-cv-319-MSS-AAS |
| Carvana and Bridgecrest Acceptance Corporation | § § § | |
| Defendant | § § § § § § § § § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Iasia Ebony Owens hereby gives notice I am dismissing the action without prejudice

effective this date, reserving myself the right to again bring suit on the same fact circumstances

upon which my complaint in this action is predicated.  Submitted this 20th Day of July in the

year 2021.

Respectfully submitted,

Iasia Ebony Owens
5138 Flowing Oar Rd, Wimauma, Fl 33598
iasia.owens2@gmail.com/727-612-4630